No. 69475.—Salim Sarkis Dominguez *v.* United States, protests 59/24629, etc. (Nogales).

Opinion by NICHOLS, J.   In accordance with stipulation of counsel that the merchandise consists of finger jointed molding similar in all material respects to that the subject of *Best Moulding Corporation* v. *United States* (*Brown, Alcantar & Brown, Inc., Party in Interest*) (51 CCPA 7, C.A.D. 829), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JULY 27, 1965

No. 69476.—Fox Custom House Brokers, Inc. *v.* United States, protest 61/11139 (Cleveland).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of copper engravers' plates, not ground, the claim of the plaintiff was sustained.

No. 69477.—Banner Hardware Company *v.* United States, protest 64/19401 (St. Louis).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of steel utensils used in the household, not plated with platinum, gold, or silver, nor enameled or glazed with vitreous glasses, the claim of the plaintiff was sustained.